**PERKINSCOIE**

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T +1.212.262.6900  
F +1.212.977.1649  
PerkinsCoie.com

October 14, 2020

Adam H. Schuman  
ASchuman@perkinscoie.com  
D. +1.212.261.6919

**VIA ECF**

Hon. Ronnie Abrams  
United States District Court  
Southern District of New York  
40 Foley Square, Room 2203  
New York, NY 10007

**Re:** *Angeles v. Reckitt Benckiser LLC*, et al., Case No. 1:20-cv-7138 (RA)(BCM)

Dear Judge Abrams:

We represent Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") in the above-captioned case, and respectfully submit this letter, pursuant to Your Honor's Individual Practice 1(D), to request an adjournment of (i) the initial status conference currently scheduled for October 23, 2020, at 1:30 p.m. and (ii) the November 9, 2020 deadline for Defendants to answer or otherwise respond to the Complaint.

In accordance with the proposed Revised Scheduling Order filed with the present letter motion, Defendants respectfully request that the Court adjourn: (i) the initial status conference to December 4, 2020 or as soon thereafter as the Court's calendar permits; (ii) the deadline for the Parties to submit a proposed Civil Case Management Plan and Scheduling Order and letter to the Court, pursuant to Your Honor's Individual Practice 2(B), to the later of November 27, 2020 or one week before the initial status conference; and (iii) the deadline for Defendants to answer or otherwise respond to the Complaint to December 15, 2020.

Counsel for Plaintiff Maritza Angeles consents to the present request, which constitutes the first request for an adjournment or extension of time in the above-captioned matter.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/Adam H. Schuman*  
Adam H. Schuman

cc: All parties via ECF

Application granted. The initial conference is hereby adjourned from October 23, 2020 to December 18, 2020 at 3:00 pm. The parties shall file their joint letter and proposed case management plan no later than December 11, 2020. Defendants shall respond to the Complaint no later than December 15, 2020.

SO ORDERED.

_____  
Hon. Ronnie Abrams  
October 15, 2020

149842785.1  
Perkins Coie LLP