# PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T  +1.212.262.6900
F  +1.212.977.1649
PerkinsCoie.com

January 13, 2021

Adam H. Schuman
ASchuman@perkinscoie.com
D.  +1.212.261.6919

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re:**   *Angeles v. Reckitt Benckiser LLC*, et al., Case No. 1:20-cv-7138 (RA)(BCM)

Dear Judge Abrams:

We represent Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") in the above-captioned case, and respectfully submit this letter jointly with counsel for Plaintiff Maritza Angeles ("Plaintiff"), pursuant to Your Honor's Individual Practice 1(A).

The parties write to jointly request a stay of proceedings in the above-captioned matter pending the addition of Plaintiff as a party to a related class action presently pending in the Southern District of Florida (*Williams et al. v. Reckitt Benckiser LLC, et al.*, No. 1:20-cv-23564).  The parties request a stay in anticipation of filing a joint stipulation of dismissal of the above-captioned action in deference to the action pending in the Southern District of Florida.

A proposed order memorializing the parties' agreement and requested relief is attached hereto.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Adam H. Schuman*
Adam H. Schuman

cc:  All parties via ECF

Perkins Coie LLP

Application granted.  This action is hereby stayed until May 14, 2021.  By no later than April 23, 2021, the parties shall file a letter updating the Court on the status of this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 14, 2021