# PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

August 24, 2021

Application granted.

**VIA ECF**

SO ORDERED.

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Hon. Ronnie Abrams
August 25, 2021

**Re:** *Angeles v. Reckitt Benckiser LLC*, et al., Case No. 1:20-cv-7138 (RA)(BCM)

Dear Judge Abrams:

We represent Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") in the above-captioned case, and respectfully submit this status letter jointly with counsel for Plaintiff Maritza Angeles ("Plaintiff"), pursuant to Your Honor's order dated August 17, 2021 (Dkt. No. 24).

On August 16, 2021, the Parties filed a joint status letter informing this Court of the progress made in a related case involving Plaintiff presently pending in the Southern District of Florida, *Williams et al. v. Reckitt Benckiser LLC, et al.*, No. 1:20-cv-23564 (the "Florida Action") (Dkt. No. 23). The letter noted that, since the stay of this matter on January 14, 2021, Plaintiff was added as a party to the amended complaint in the Florida Action in January 2021, the Florida Action plaintiffs' motion for preliminary approval of a class action settlement was granted in April 2021, the Florida Action court requested further briefing in support of the settlement in May 2021, and the final approval hearing was scheduled for August 17, 2021. *Id*.

The Florida Action court has since held the final approval hearing. At the conclusion of the hearing, the court took the matter under advisement and has requested further briefing from the Parties in support of the settlement. Such briefing is due September 13, 2021.

As the Florida Action plaintiffs' motion for final approval remains pending, the Parties respectfully request that the Court extend the stay of the above-captioned action for an additional eight weeks, through and including October 19, 2021. The Parties will report sooner in the event that the status of the Florida Action has materially changed in the interim and prior to October 19. To the extent the motion for final approval remains pending after that date, or other circumstances support a request for a continued stay in this action, the Parties may request a further stay at that time.

We thank Your Honor for your attention to this matter.

153578581.1
Perkins Coie LLP

Honorable Ronnie Abrams
August 24, 2021
Page 2


Respectfully submitted,

*/s/ Adam H. Schuman*
Adam H. Schuman

cc:  All parties via ECF