PerkinsCoie

1155 Avenue of the Americas  T +1.212.262.6900
22nd Floor                    F +1.212.977.1649
New York, NY 10036-2711       PerkinsCoie.com

December 14, 2021

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    **Re:**    *Angeles v. Reckitt Benckiser LLC, et al.*, **Case No. 1:20-cv-7138 (RA)(BCM)**

Dear Judge Abrams:

We represent Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") in the above-captioned case, and respectfully submit this status letter jointly with counsel for Plaintiff Maritza Angeles ("Plaintiff"), pursuant to Your Honor's order dated October 20, 2021 (Dkt. No. 28).

On October 19, 2021, the Parties filed a joint status letter informing this Court of the continued progress made in a related case involving Plaintiff presently pending in the Southern District of Florida, *Williams et al. v. Reckitt Benckiser LLC, et al.*, No. 1:20-cv-23564 (the "Florida Action") (Dkt. No. 25). The letter noted that, since the stay of this matter on January 14, 2021, Plaintiff was added as a party to the amended complaint in the Florida Action in January 2021, the Florida Action plaintiffs' motion for preliminary approval of a class action settlement was granted in April 2021, the Florida Action court requested further briefing in support of the settlement in May 2021, the final approval hearing occurred on August 17, 2021, and after taking the matter under advisement, the Florida Action court requested further briefing due September 13, 2021. *Id.* On November 16, 2021, the Florida Action court requested further briefing, which Defendants submitted on December 2, 2021.

The Parties have now filed all briefing requested by the Florida Action court, and the Florida Action plaintiffs' motion for final approval remains pending. Accordingly, the Parties respectfully request that the Court extend the stay of the above-captioned action for an additional eight weeks, through and including February 8, 2022. The Parties will report sooner in the event that the status of the Florida Action has materially changed in the interim. To the extent the motion for final approval remains pending after February 8, 2022, or other circumstances support a request for a continued stay in this action, the Parties may request a further stay at that time.

Perkins Coie LLP
155164836.3

Honorable Ronnie Abrams
December 14, 2021
Page 2

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Adam R. Mandelsberg*

Adam R. Mandelsberg

cc:   All parties via ECF

      Application granted.  No later than February 8, 2022, the parties shall file a letter updating the Court as to the continued need for a stay.

      SO ORDERED.

_____
Hon. Ronnie Abrams
December 15, 2021