PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

February 8, 2022

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:    *Angeles v. Reckitt Benckiser LLC, et al.*, Case No. 1:20-cv-7138 (RA)(BCM)

Dear Judge Abrams:

We represent Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") in the above-captioned case, and respectfully submit this status letter jointly with counsel for Plaintiff Maritza Angeles ("Plaintiff"), pursuant to Your Honor's order dated December 15, 2021 (Dkt. No. 32).

On December 14, 2021, the Parties filed a joint status letter informing this Court of the continued progress made in a related case presently pending in the Southern District of Florida, *Williams et al. v. Reckitt Benckiser LLC, et al.*, No. 1:20-cv-23564 (the "Florida Action") (Dkt. No. 30). The letter noted that, since the stay of this matter on January 14, 2021, Plaintiff was added as a party to the Florida Action, the Florida Action plaintiffs' motion for preliminary approval of a class action settlement was granted, the Florida Action court held a final approval hearing, and after taking the matter under advisement, the Florida Action court requested further briefing, which Defendants submitted on December 2, 2021.

Following the Parties' most recent status letter, on December 15, 2021, the Magistrate Judge in the Florida Action issued a report and recommendation ("R&R") recommending that the District Judge approve the parties' class settlement in full. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the R&R is now before the District Judge for review. An objector filed an objection to the R&R on December 29, 2021. Defendants and plaintiffs both filed responses to that objection on January 12, 2022. The time for any further briefing has elapsed, and the R&R is now awaiting a ruling by the District Judge in the Florida Action.

Accordingly, the Parties respectfully request that the Court extend the stay of the above-captioned action for an additional eight weeks, through and including April 5, 2022. The Parties will report sooner in the event that the status of the Florida Action has materially changed in the interim. To the extent that final approval remains pending after April 5, 2022, or other

Honorable Ronnie Abrams
February 8, 2022
Page 2

circumstances support a request for a continued stay in this action, the Parties may request a further stay at that time.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*/s/ Adam R. Mandelsberg*

Adam R. Mandelsberg

cc:   All parties via ECF

Application granted.  By no later than April 5, 2022, the parties shall submit a letter updating the Court as to the status of the Florida Action and the continued need for a stay in this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 9, 2022

Perkins Coie LLP