PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

April 5, 2022

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re:** *Angeles v. Reckitt Benckiser LLC, et al.*, **Case No. 1:20-cv-7138 (RA)(BCM)**

Dear Judge Abrams:

We represent Defendants Reckitt Benckiser LLC and RB Health (US) LLC ("Defendants") in the above-captioned case, and respectfully submit this status letter jointly with counsel for Plaintiff Maritza Angeles ("Plaintiff"), pursuant to Your Honor's order dated February 9, 2022 (Dkt. No. 34).

On February 8, 2022, the Parties filed a joint status letter informing this Court of the continued progress made in a related case presently pending in the Southern District of Florida, *Williams et al. v. Reckitt Benckiser LLC, et al.*, No. 1:20-cv-23564 (the "Florida Action") (Dkt. No. 33). The letter noted that, since the stay of this matter on January 14, 2021, Plaintiff was added as a party to the Florida Action; the Florida Action plaintiffs' motion for preliminary approval of a class action settlement was granted; the Florida Action court held a final approval hearing; and the Magistrate Judge in the Florida Action issued a report and recommendation ("R&R") overruling an objection and recommending that the Florida Action court approve the parties' class settlement in full.

On March 17, 2022, the Florida Action court adopted the Magistrate Judge's R&R. The period to appeal the Florida Action court's order will elapse on April 18, 2022.

Accordingly, the Parties respectfully request that the Court extend the stay of the above-captioned action for an additional eight weeks, through and including May 31, 2022. The Parties will report sooner in the event that the status of the Florida Action has materially changed in the interim. To the extent that an appeal is taken, or other circumstances support a request for a continued stay in this action, the Parties may request a further stay at that time.

We thank Your Honor for your attention to this matter.

Perkins Coie LLP
156403820.1

Honorable Ronnie Abrams
April 5, 2022
Page 2

Respectfully submitted,

*/s/ Adam R. Mandelsberg*

Adam R. Mandelsberg

cc:     All parties via ECF

By no later than April 29, 2022, the parties shall update the Court as to the continued need for a stay in this action.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 6, 2022